STATE OF NEW JERSEY v. ANDREW HENRY LYLE.

December 3, 1981.

The Court having determined that the certifications were improvidently granted; It is ORDERED that the within appeals be and hereby are dismissed.

SCHREIBER, J., concurring:

I joined the dissenting opinion in *State v. Lyle*, 73 *N.J.* 403, 414 (1977), holding that defendant's partial silence was properly usable to affect his credibility. However, the majority of the Court ruled otherwise. This ruling became the law of the case. Under these circumstances, I agree with the Appellate Division that the defendant should be retried under the guidelines in the majority opinion. Though I concur in the order vacating the grant of the petition for certification, I continue to adhere to the dissent. See also *Jenkins v. Anderson*, 447 *U.S.* 231, 100 *S.Ct.* 2124, 65 *L.Ed.*2d 86 (1980), and *Anderson v. Charles*, 447 *U.S.* 404, 100 *S.Ct.* 2180, 65 *L.Ed.*2d 222 (1980).

STATE OF NEW JERSEY v. MICHAEL WRIGHT.

December 14, 1981.

Petition for certification is denied except that the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration of the search and seizure in the light of *State v. Alston*, 88 *N.J.* 211 (1981). Jurisdiction is not retained.